No. 90–1576. CAMPING CONSTRUCTION CO. v. DISTRICT COUNCIL OF IRON WORKERS OF CALIFORNIA AND VICINITY,

AFL–CIO, ET AL. C. A. 9th Cir. Certiorari denied.